



UNITED STATES DISTRCT COURT
WESTERN DISTRICT OF NEW YORK

EMERALD INT'L HOLDINGS LTD

        Plaintiff,

Vs                          Notice of Electronic Filing
                             Dated January 3, 2017

VERIZON

        Defendant,     DOCKET NO: 16-CV-00978

---

Pursuant to the Notice of Electronic Filing dated January 3, 2017 regarding representation of Emerald International Holdings Ltd, we have the following response:

New York's First Department and the Second Department each have held that an individual assignee of a Corporation may sue without a lawyer. (Trakman v City of New York, 182 A.D. 2d 814, 815(2d Dept, 1992); see also, Kinlay v Henley, 57 A.D. 3d 219, 220, 858 N.Y.S. 2d 62(1st Dept, 2008); Kamp v Sportswear, Inc., 39 A.D. 2d 869, 332 NYS 2d 983 (1st Dept. 1972), rev'g on dissenting opinion below, 70 Misc 2d 898, 335 NYS 2d 306 (App. Term 1972))

Unless we hear otherwise we will assume that this alleviates any lingering concerns and we can proceed with our representation of Emerald International Holdings Ltd.

Dated:     Buffalo, New York
             January 17, 2017

                                           _____
                                           Otu A. Obot, LL.M.(ihr)
                                           St. Thomas University School of Law
                                           Miami, Florida (2004)

XC:  File(s)

Emerald Hutt, Hudgins
1606 Hopkins RD
Williamsville, N.Y. 14221

Clerk U.S. District
200 U.S. Courthouse
2 Niagara Square
Buffalo, N.Y. 14202

BUFFALO NY 142
20 JAN 2017 PM 2 L